IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

RODOLFO PENA, an individual,

        Plaintiffs,

vs.

AMERICAN HOME MORTGAGE
SERVICING, INC.,

        Defendant.

_____/

CASE NO.: _____

DIVISION NO.: _____

## COMPLAINT FOR DECLARATORY JUDGMENT AND BREACH OF CONTRACT

        **RODOLFO PENA**, hereinafter "Plaintiffs", by and through his undersigned Counsel, sues **AMERICAN HOME MORTGAGE SERVICING, INC.,** hereinafter, "Defendant" and in support of his Complaint, Plaintiffs would state as follows:

### Parties, Venue and Jurisdiction

1.     Plaintiff is an individual residing in Kissimmee, Osceola County, Florida.

2.     Defendant is a Delaware corporation registered in the State of Florida; with its Registered Agent in the State located at 1200 South Pine Island Road; Plantation; Florida 33324.

3.     Venue is appropriate in this Court pursuant to Florida Statute § 47.011, as the cause of action accrued in Kissimmee, Osceola County, Florida.

4.     This Court has subject matter jurisdiction over the claims asserted herein, as the damages exceed $15,000.00, exclusive of attorney fees, costs and interest.

### Factual Allegations

5.     Plaintiff entered into a loan modification with Defendant on or about March 5, 2010. (Please See Plaintiff's Exhibit "1").

6.     Under the modification agreement, Plaintiff was to pay $1,112.10, for the first five years of the loan modification agreement at a 2% interest rate.

7.     As stipulated in the loan modification agreement, Plaintiff submitted his regular monthly payment which Defendant received and accepted. (Please See Plaintiff's Exhibit "2").

8.     However on April 2011, Defendant notified Plaintiff of an interest rate adjustment. (Please See Plaintiff's Exhibit "3").

9.     Subsequently on September 2011, Plaintiff received notification stating that the interest had been adjusted to a 3.70600% and that his monthly mortgage payment was $2,516.67; this notification was followed by Defendant's refusal of Plaintiff's September 2011 and October 2011 payments, which were returned by Defendant. (Please See Plaintiff's Exhibit "4" and "5").

10.    Despite Plaintiff's compliance with the terms of the loan modification agreement, Defendant has repudiated its contract with Plaintiff and is now threatening Plaintiff with instituting foreclosure proceedings.

11.    Defendant's bad faith actions are in breach of the loan modification agreement and Plaintiff is now entitled to relief as a result of such breach.

**COUNT I**
**DECLARATORY JUDGMENT**

12.    This is an action for declaratory judgment and damages that exceed $15,000.00 against Defendant.

13.    Plaintiff re-alleges and incorporates the allegations set forth in paragraph 1 through 11 of this Complaint.

14.    Defendant has notified Plaintiff that it will not abide by the terms of the loan modification agreement despite Plaintiff's demands.

15.    Plaintiff contends that as a result of Defendant's actions; Plaintiff is no longer liable to Defendant and is relief from any further responsibility under the original, modified loan agreement and mortgage.

16.    Defendant contends that Plaintiff is in default of the loan agreement and that it is therefore entitled to proceed with an action for foreclosure.

17.    Plaintiff is in doubt about plaintiff's rights under the agreement and is hereby seeking a judgment declaring the rights of the parties.

**WHEREFORE** Plaintiffs respectfully request this Honorable Court for the following: (1) Judgment declaring the rights of the parties and (2) for any other relief the Court deems just and proper.

## COUNT II
## BREACH OF CONTRACT AGAINST DEFENDANT

18.    Plaintiff re-alleges and incorporates by reference the allegations of Paragraphs 1 through 11 of this Complaint.

19.    This is an action for breach of contract against Defendant, as alleged herein.

20.    Plaintiff is entitled to relief against Defendant for breach of the loan modification agreement, by virtue of the facts as alleged in Paragraphs 1 through 11 of this Complaint.

21.    Plaintiff, entered into the above referenced loan modification agreement with Defendant and has fully performed his obligations under said agreement.

22.    Based on its actions, as alleged in this Complaint, Defendant is in material breach of its agreement with Plaintiff.

23.    As a result of Defendant's breach, Plaintiff is now relieved of any responsibility to Defendant under the original, modified loan agreement and mortgage.

24.     As a result of Defendant's breach, Plaintiffs has suffered damages and is entitled to relief under the law.

**WHEREFORE,** Plaintiffs respectfully request this Honorable Court to enter judgment against Defendants as follows: (1) an award for damages; (2) an award for costs incurred in prosecuting this action; and (3) any other relief the Court deems just and proper.

Dated this 30th day of December, 2011

Respectfully Submitted,

HECTOR PAGAN JR., P.L.
ATTORNEY FOR PLAINTIFF
1466 E. Michigan Street
Orlando, Florida 32806
Phone: (407) 895-3097
Fax:     (407) 895-3099
Email: hpaganjr@gmail.com

By: _____
       Hector Pagan Jr., Esq.
       Fla. Bar No. 21191