UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RODOLFO PENA,

          Plaintiff,                      CASE NO. 6:12-cv-797-Orl-31KRS

v.

AMERICAN HOME MORTGAGE
SERVICING, INC.,

          Defendant.
_____/

## PLAINTIFF'S MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2) Plaintiff respectfully requests this Court for an order of dismissal and in support of his motion Plaintiff states as follows:

1. Subsequent to the filing of the instant action, a foreclosure action against the Plaintiff in this action was filed with the Clerk of the Court in Osceola County, Florida with a case number of 2012-CA-003047.

2. The issues being litigated in defense of the foreclosure proceedings in State Court are in essence the same issues raised by the Plaintiff on the instant action against Defendant as agent for the lender.

3. In order to avoid duplication of efforts and in the interest of judicial efficiency, the Plaintiff is respectfully requesting for an order of dismissal of the instant action against the Defendant, without prejudice.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, hereby respectfully request this Court for the following: (1) an order of dismissal without prejudice and (2) any further relief the Court deems just and proper.

Dated this 28th day January 2013.

Respectfully Submitted,

HECTOR PAGAN JR., P.L.
ATTORNEY FOR PLAINTIFF
1466 E. Michigan Street
Orlando, Florida 32806
Phone: (407) 895-3097
Fax:    (407) 895-3099

By: _____
Hector Pagan Jr., Esq.
Fla. Bar No. 21191

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28th, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsels of record.

HECTOR PAGAN JR., P.L.
ATTORNEY FOR PLAINTIFF

By: _____
Hector Pagan Jr., Esq.
Fla. Bar No. 21191